ELIZABETH JONES SANGER (WI 1080449)
esanger@ftc.gov; (202) 326-2757
JAMES A. PRUNTY (OR 84128)
jprunty@ftc.gov; (202) 326-2438
EDWIN RODRIGUEZ (DC 446457)
erodriguez@ftc.gov; (202) 326-3147
SHIRA D. MODELL (DC 358757)
smodell@ftc.gov; (202) 326-3116
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Fax: (202) 326-3259

STACY PROCTER (Local Counsel) (CA 221078)
sprocter@ftc.gov; (310) 824-4300
Federal Trade Commission
10990 Wilshire Blvd., Suite 400
Los Angeles, CA 90024
Fax: (310) 824-4380
ATTORNEYS FOR PLAINTIFF

**FILED**
CLERK, U.S. DISTRICT COURT

10/10/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ER_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Federal Trade Commission**, Plaintiff, v. **Jason Cardiff, et al.**, Defendants. | **FILED UNDER SEAL**<br><br>Case No. ED18CV02104-JGB(KKx)<br><br>FTC'S EXHIBITS IN SUPPORT OF ITS *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER<br><br>PX-2<br>DECLARATION OF FTC FORENSIC ACCOUNTANT EMIL T. GEORGE |

**LODGED**
CLERK, U.S. DISTRICT COURT

10/3/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ER_____ DEPUTY

# DECLARATION OF EMIL T. GEORGE
## Pursuant to 28 U.S.C. §1746

I, **Emil T. George**, declare and state as follows:

1.  I am employed by the Federal Trade Commission ("FTC") in Washington, D.C. as a Forensic Accountant. My work address is 600 Pennsylvania Ave., N.W., Washington, D.C. 20580. I have worked at the FTC since September 2012. Prior to starting at the FTC, I was the Assistant Inspector General for Audits at the National Labor Relations Board for more than 12 years.

2.  At the FTC, I provide forensic accounting assistance to trial attorneys and investigators. I am a Certified Public Accountant with the State of Maryland and hold a Bachelor of Science degree in Accounting from the University of Maryland.

3.  The following facts are known to me personally and, if called as a witness, I would testify to the matters set forth in the following paragraphs.

4.  In my capacity as a forensic accountant at the FTC, I was assigned to work on the Redwood Scientific Technologies, Inc. matter. In connection therewith, I reviewed records provided by depository banks and American Express in response to Civil Investigative Demands issued by the FTC. A listing of the bank accounts that contains the name of the depositor, bank, dates, last four digits of the account number and authorized signors, is included as **Attachment A** (Bank Accounts). A listing of the American Express credit card statements reviewed listing account holder, dates, and the last four digits of the account number is included at **Attachment B** (American Express Accounts). The names of either Jason or Eunjung Cardiff appear on these American Express account statements. I prepared summaries of these records as detailed below.

5.  To conduct this review, I used, where appropriate, the Comprehensive Financial Investigations Solution ("CFIS"), a financial investigation tool from Actionable Intelligence Technologies, Incorporated. CFIS is utilized, *inter alia*, by the Internal Revenue Service, the Federal Bureau of Investigation, the Organized

Crime Drug Enforcement Task Force, a number of U.S. Attorney's offices, and the United States Secret Service. Among other things, CFIS uses proprietary technology to convert paper and/or electronic account records from financial institutions into an investigative database that can be searched, analyzed, and used to issue a variety of reports, Microsoft Excel spreadsheets, and other exhibits.

6.      The first step in using CFIS is to load the bank statements. After the statements are loaded, CFIS imports and processes the bank statements using Intelligent Document Analyzers that rely on proprietary algorithms and Optical Character Recognition technology to create a searchable database. Intelligent Document Analyzers are document format readers associated with a particular bank statement. After a bank statement has been indexed and processed, the CFIS database record for that statement must be reconciled with the original version of the statement obtained in the proceeding (*i.e.*, the statement produced by a bank) to ensure accuracy. I performed that reconciliation.

7.      In the instant matter, I used CFIS to generate tables containing the transactions for the accounts of interest. I then exported the tables into Excel. I used the Excel statements from CFIS to sort the account transactions by category and/or remarks (which provide some details on the transaction).

**Gross Receipts Attributable to Consumer Sales**

8.      I was asked by the attorneys working on this matter to calculate gross receipts for the bank accounts of seven entities identified as common enterprise Defendants in the complaint and their related companies that appear to be attributable to consumer sales. There are three entities named Redwood Scientific Technologies, Inc. The bank statements do not differentiate which iteration of Redwood Scientific Technologies, Inc. (California, Nevada, or Delaware) owns the bank account and they are considered together in my calculation.

9.      To calculate gross receipts attributable to consumer sales, I identified and summed external sources of income, such as merchant card processing accounts,

and subtracted from that amount chargebacks (net of reversals), returned deposits, and refunds. By my calculation, the Bank Accounts had gross receipts totaling $14,615.570.93 between April 2015 and June 2018. A summary by company and line number appears in the table below. Carols Place Limited Partnership, line 5, did not appear to be directly involved with consumer sales, and thus has no receipts.

| Line | Defendant Companies | Receipts | Chargebacks, Refunds, and Returned Deposits (Net of Reversals) | Gross Receipts - Net of Chargebacks and Refunds |
|---|---|---|---|---|
| 1 | Identify LLC | 7,064,378.65 | 168,208.85 | 6,896,169.80 |
| 2 | Redwood Scientific Technologies Inc | 3,547,214.32 | 295,628.32 | 3,251,586.00 |
| 3 | Advanced Men's Institute Prolongz LLC | 2,237,425.16 | 140,866.25 | 2,096,558.91 |
| 4 | Run Away Products LLC | 832,705.81 | 67,282.23 | 765,423.58 |
| 5 | Carols Place Limited Partnership | 0.00 | 0.00 | 0.00 |
|   | **Subtotal - Defendants** | **13,681,723.94** | **671,985.65** | **13,009,738.29** |

| Line | Related Companies | Receipts | Chargebacks, Refunds, and Returned Deposits (Net of Reversals) | Gross Receipts - Net of Chargebacks and Refunds |
|---|---|---|---|---|
| 6 | American Nutra Partners LLC | 1,238,619.10 | 104,743.85 | 1,133,875.25 |
| 7 | Nature's Future LLC | 316,381.16 | 67,256.91 | 249,124.25 |
| 8 | Smoke Stop LLC | 192,848.18 | 13,893.30 | 178,954.88 |
| 9 | Top Hill Shop Ltd | 37,624.26 | 5,703.79 | 31,920.47 |
| 10 | Cigirex LLC | 11,947.04 | 19.95 | 11,927.09 |
| 11 | Wage Lock LLC | 1,193.50 | 1,162.80 | 30.70 |
|   | **Subtotal - Related** | **1,798,613.24** | **192,780.60** | **1,605,832.64** |
|   | **Grand Total** | **15,480,337.18** | **864,766.25** | **14,615,570.93** |

**Money Flows Between Defendant Companies and Related Entities**

10. The attorneys working on this matter asked me to determine the amount of money flowing between the Bank Accounts. **Attachment C** consists of a summary of money flows of $5,000 or more between the companies listed in

3

Attachment A and the date ranges of those money flows. The total exceeds $5.8 million, $3.9 million of which flowed directly between just the corporate defendants.

11.  For example, there are four transactions of $5,000.00 or more totaling $95,100.00 from Carol's Place Limited Partnership to Identify LLC. It is my understating that Carol's Place Limited Partnership holds some of the Cardiffs' personal assets. Additionally, there were six transactions of $5,000.00 or more totaling $55,991.00 from People United for Christians, an apparent non-profit, to Run Away Products LLC, and four payments of $5,000.00 or more totaling $100,800.00 from bank accounts in the name of Identify, LLC to Carols Place Limited Partnership.

**Money Flows from Defendant Companies to Vendors for Advertising and Product**

12.  I was asked by the attorneys working on this matter to determine the amount of money paid by the corporate defendants for TV advertising and for purchasing oral film strips. The attorneys working on this matter have informed me that corporate defendants advertised on television through Cannella Response Television, Diversified Mercury Communications (*i.e.*, Mercury Media), and Intermedia Advertising, and that they purchased oral film strips from Aavishkar Oral Strips and Dalian SML Health Product Co. A summary of payments to these vendors appears in the table below.

| Paying Company | Receiving Company | Number | Amount | First Transaction | Last Transaction |
|---|---|---|---|---|---|
| Redwood Scientific Technologies | Cannella Response Television | 33 | 1,913,006.04 | 5/4/15 | 1/30/17 |
| Identify LLC | Cannella Response Television | 54 | 2,758,200.99 | 2/17/17 | 6/11/18 |
| Identify LLC | Diversified Mercury Communications | 7 | 67,279.56 | 8/10/17 | 11/2/17 |
| Redwood Scientific Technologies | Intermedia Advertising | 68 | 369,612.00 | 9/8/16 | 12/12/17 |
| Run Away Products LLC | Intermedia Advertising | 4 | 64,712.50 | 7/3/17 | 7/24/17 |
| **Total** | | **166** | **5,172,811.09** | | |
| Redwood Scientific Technologies | Aavishkar Oral Strips | 0 | 0.00 | | |
| Identify LLC | Aavishkar Oral Strips | 16 | 159,342.27 | 6/7/17 | 6/14/18 |
| Run Away Products LLC | Aavishkar Oral Strips | 1 | 30,320.50 | 10/26/16 | 10/26/16 |
| Redwood Scientific Technologies | Dalian SML Health Product Co. | 38 | 575,377.44 | 5/4/15 | 4/25/17 |
| Identify LLC | Dalian SML Health Product Co. | 24 | 317,031.13 | 2/24/17 | 3/2/18 |
| Run Away Products LLC | Dalian SML Health Product Co. | 1 | 18,480.00 | 3/7/17 | 3/7/17 |
| **Total** | | **80** | **1,100,551.34** | | |

**Money Flows from Defendant Companies to Vendors for Payroll Processing**

13.   I was asked by the attorneys working on this matter to determine the amount of money paid for payroll processing by the corporate defendants.  The attorneys working on this matter have informed me that corporate defendants have used ADP and Paychex to process personnel payroll in the name of Redwood Scientific Technologies.  A summary of payments to these vendors appears in the table below.

| Paying Company | Receiving Company | Amount | First Transaction | Last Transaction |
|---|---|---|---|---|
| Redwood Scientific Technologies | ADP | 1,002,152.60 | 5/1/15 | 10/14/16 |
| Run Away Products LLC | ADP | 95,065.09 | 4/3/15 | 5/16/16 |
| Identify LLC | Paychex | 992,383.02 | 6/15/17 | 6/29/18 |
| Total | | 2,089,600.71 | | |

**Eunjung Cardiff**

14.  By my calculation, $437,000.00 was paid from the Bank Accounts to Eunjung Cardiff personally. A summary of these payments, by company, appears in the table below.

| Company | Number | Amount | First Payment | Last Payment |
|---|---|---|---|---|
| Advanced Men's Institute Prolongz LLC | 7 | 175,000.00 | 12/2/15 | 10/28/16 |
| Messengers for Christ World Healing Center DBA Paul Lewis Ministries | 5 | 174,000.00 | 9/25/15 | 3/3/16 |
| Identify LLC | 2 | 40,000.00 | 5/8/17 | 5/11/17 |
| Run Away Products LLC | 2 | 28,000.00 | 12/28/15 | 1/19/16 |
| Redwood Scientific Technologies Inc. | 2 | 20,000.00 | 1/22/16 | 1/22/16 |
| Total | 18 | 437,000.00 | | |

15.  Also, by my calculation, the Bank Accounts received $156,300.00 from Eunjung Cardiff. A summary, by company, appears in the table below.

| Company | Number | Amount | Dates |
|---|---|---|---|
| Redwood Scientific Technologies Inc. | 2 | 155,000.00 | 3/20/17 - 4/21/17 |
| People United for Christians Inc. | 1 | 1,000.00 | 1/13/17 |
| Wage Lock LLC | 1 | 300.00 | 5/11/16 |
| Total | 4 | 156,300.00 | |

6

**Jason Cardiff**

16. By my calculation, four payments totaling $1,000.00 were made by Jason Cardiff to four different Identify LLC accounts at Zions Bank. Each of these transactions, which occurred on January 26, 2017, was for $250.00 and was the initial transaction for each of the four accounts.

17. By my calculation, three payments totaling $156,500.00 were made from Jason Cardiff to Redwood Scientific. These payments consisted of a payment for $100,000.00 on August 18, 2016, a second payment of $54,000.00 on June 5, 2017, and a third payment of $2,500.00 on July 25, 2017.

18. By my calculation, four payments totaling $35,000.00 were made from Identify LLC to Jason Cardiff. Three of these payments, $10,000.00 each, were made between November 10 and November 24, 2017. The fourth payment was for $5,000.00 and occurred on June 15, 2018.

19. Nine payments totaling $100,831.21 were paid from the Messengers for Christ Citibank account to Nationstar between May 2015 and August 2016. These payments ranged in amount from $10,591.62 to $12,181.80. I have reviewed documents supplied to FTC staff by Defendants showing that Nationstar held the mortgage on the Cardiffs' personal residence.

**Other Withdrawals from Accounts of Corporate Defendants and Related Companies**

20. By my calculation, withdrawals totaling $260,765.83 were made from the Bank Accounts. Withdrawals could be ATM withdrawals, counter withdrawals, or the purchase of cashiers' checks, among other things. Documentation identifying the purpose of or person making the withdrawal was not available for my review when preparing this declaration. It is my understanding that the banks did not provide this information in response to Civil Investigative Demands. A summary of these withdrawals appears in the table below.

| Company | Number | Amount | Dates |
|---|---|---|---|
| Run Away Products LLC | 2 | 133,000.00 | 1/26/17 – 3/21/17 |
| People United for Christians Inc. | 16 | 55,044.99 | 12/2/15 – 10/13/17 |
| Redwood Scientific Technologies Inc. | 14 | 50,690.84 | 5/22/15 – 4/12/17 |
| Smoke Stop LLC | 2 | 21,000.00 | 11/29/16 – 11/29/16 |
| Total | 34 | 259,735.83 | |

**Analysis of Amex Accounts**

21.     As previously noted, the Commission issued CIDs to American Express for account information relating to the corporate defendants and their related companies. The American Express account holders for which staff received information are listed in **Attachment B**.

22.     It is my understanding that American Express did not identify any American Express accounts held in the name of two related entities, People United For Christians (PUFC) or Messengers for Christ World Healing Center (MFC). However, an analysis of the PUFC account at Citibank NA ending in 1368 showed total payments from PUFC to American Express of $970,013.99, accounting for more than 45 percent of all credits to the PUFC account. Of this $970,013.99, I was able to trace $765,335.18 in corresponding payments to Amex cards in the names of Kelly Media Group, Runaway Products, Advanced Men's Institute, and Cigirex LLC, companies I understand are owned or controlled by the Cardiffs.

23.     I did this by conducting an analysis of payment activity for PUFC's Citibank account ending in 1368 to the payments shown on the American Express accounts held in the names of corporate defendants and their related companies.  These two sets of data did not share a unique common identifier.  Therefore, I identified payments on or around the same date.  I observed that if the transactions for the same dollar amount were not on the same date, that they generally appeared on the

PUFC bank statement the business day after they appeared on the American Express statement. Similarly, an analysis of the MFC Citibank account ending in 8250 indicated that out of $95,051.74 in American Express payments from that account, $57,184.28 of these payments were traceable to payments made to the American Express bills of Kelly Media Group.

**Review of Financial Activity for Apparent Non-Business Purposes**

24. I was asked by the attorneys working on this matter to review transactions that appeared to be for other than business purposes. It is my understanding that the Defendants advertise, market, and distribute dissolvable film strips that purport to treat weight loss, tobacco addiction, premature ejaculation, and other health issues. I first analyzed items paid directly from the bank accounts of the corporate defendants and their related companies. I then analyzed charges to American Express accounts held by corporate Defendants and their related companies.

*Directly from the Bank Accounts*

25. By my calculation, **$134,403.49** was paid to Porsche from the Bank Accounts. This consisted of 50 payments between October 2015 and June 2018. The amount of each payment was between $2,297.37 to 3,006.33.

26. By my calculation, eight payments totaling **$21,781.53** were paid to Bentley from the Bank Accounts. These payments were made between September 2015 and May 2018. The amount of each payment was between $2,434.00 and $3,149.49.

27. By my calculation, 10 payments totaling **$12,310.72** were made to BMW through BMW Financial Services from the Bank Accounts. These payments were made between June 2015 and September 2016. Seven of the ten payments were for $1,073.00.

28. I identified one payment for $1,218.48 paid to Mega Auto Detailing. This payment was from the People United for Christians Citibank account ending in 1368. This occurred on July 28, 2016.

*Charges to American Express Accounts*

29.     By my calculation, $4,627,435.19 was paid from the Bank Accounts to American Express between May 4, 2015 and June 29, 2018.

30.     I identified charges to the American Express accounts for items such as cruises, resorts, and similar accommodations, clothing, and to companies that provide private air and charter travel totaling **$205,109.26.**

31.     By my calculation, **$165,934.19** was charged to the American Express accounts of corporate defendants and their related companies (Attachment B) for cruises, resorts, and at similar accommodations.  This amount includes **$86,558.13** charged to One & Only, which according to a Web search I performed, is described as "An Award Winning Resort Set On One Of The Few Swimmable Beaches In Cabo."  The amount also includes **$44,316.00** charged to Crystal Cruises, **$10,999.99** charged at Calistoga Ranch Napa, and **$10,699.94** charged to Four Seasons.

32.     One payment for **$26,955.50** was made to JetSuite Air on April 5, 2016.  A Web search I performed shows that JetSuite provides private charter flights.

33.     By my calculation, **$12,219.57** was charged at clothing and department stores.  This includes $5,400.21 at Custom Clothes, $3,569.90 at Xerxes, and $1,938.60 at Moncler.

34.     Payments to the Amex accounts identified in Attachment B, including for the expenses summarized in Paragraphs 31-33, above, from Defendants and their related entities are summarized below:

| Company | Amount | Number | DATE RANGES |
|---|---|---|---|
| Identify LLC | 1,754,511.79 | 349 | 2/14/17 – 6/29/18 |
| People United for Christians Inc DBA Peter Popoff Ministries Ltd DBA Master Prophet | 970,013.99 | 198 | 5/8/15 – 12/14/17 |
| Redwood Scientific Technologies Inc | 911,763.01 | 173 | 10/15/15 – 3/27/17 |
| Advanced Men's Institute Prolongz LLC | 483,821.46 | 56 | 5/4/15 – 12/29/16 |
| Run Away Products LLC | 262,263.65 | 67 | 5/15/15 – 8/30/17 |
| Smoke Stop LLC | 116,932.95 | 91 | 12/2/16 – 9/26/17 |
| Messengers for Christ World Healing Center DBA Paul Lewis Ministries | 95,051.74 | 25 | 5/4/15 – 5/19/16 |
| Carols Place Limited Partnership | 16,412.95 | 2 | 1/16/18 – 1/16/18 |
| Cigirex LLC | 15,712.14 | 13 | 7/8/15 – 11/9/16 |
| American Nutra Partners LLC | 919.71 | 13 | 6/2/15 – 8/3/16 |
| Top Hill Shop Ltd | 31.80 | 4 | 5/4/15 – 8/3/15 |
| **Grand Total** | **4,627,435.19** | **991** | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 26, 2018.

_____
Emil T. George

11

PX-2
p. 11

Attachment A(1)

| Bank Accounts | | | | | | | |
|---|---|---|---|---|---|---|---|
| Item | Name | Bank | Account - Last 4 | First Statement Date | Last Statement Date | Signor 1 | Signor 2 |
| 1 | Advanced Mens Institute Prolongz LLC | Citibank NA | #2531 | 5/31/2015 | 12/31/2017 | Eunjung Cardiff | |
| 2 | Advanced Mens Institute Prolongz LLC | Citibank NA | #0320 | 5/31/2015 | 4/30/2017 | Eunjung Cardiff | |
| 3 | Advanced Mens Institute Prolongz LLC | HSBC-USA | #7316 | 4/30/2015 | 7/14/2015 | Eunjung No | |
| 4 | American Nutra Partners | Citibank NA | #4409 | 5/31/2015 | 12/31/2017 | Eunjung Cardiff | |
| 5 | American Nutra Partners | Citibank NA | #0270 | 5/31/2015 | 1/31/2017 | Eunjung Cardiff | |
| 6 | Ax Distributors | Citibank NA | #6233 | 5/31/2015 | 10/31/2015 | Jason Cardiff | |
| 7 | Carols Place Limited | Zions Bank | #3748 | 8/31/2017 | 5/31/2018 | Jason Cardiff | |
| 8 | Cigarex LLC | Citibank NA | #6342 | 5/31/2015 | 6/30/2017 | Eunjung Cardiff | |
| 9 | Healthy Way Express | Citibank NA | #2059 | 5/31/2015 | 12/31/2017 | Eunjung Cardiff | |
| 10 | Identify LLC | Zions Bank | #4454 | 1/31/2017 | 6/29/2018 | Jason Cardiff | |
| 11 | Identify LLC | Zions Bank | #4462 | 1/31/2017 | 6/29/2018 | Jason Cardiff | |
| 12 | Identify LLC | Zions Bank | #4470 | 1/31/2017 | 6/29/2018 | Jason Cardiff | |
| 13 | Identify LLC | Zions Bank | #4694 | 6/30/2017 | 6/29/2018 | Jason Cardiff | |
| 14 | Identify LLC TBX-Free Smoke Shop | Zions Bank | #4447 | 1/31/2017 | 6/29/2018 | Jason Cardiff | |
| 15 | Messengers for Christ World Healing Center DBA Paul Lewis Ministries | Citibank NA | #8250 | 5/31/2015 | 2/28/2017 | Danielle Cadiz | Eunjung No |
| 16 | Natures Future | Citibank NA | #1770 | 5/31/2015 | 12/31/2017 | Eunjung Cardiff | |
| 17 | People for Christians Inc. DBA Peter Popoff Ministries Ltd DBA Master Prophet | Citibank NA | #1368 | 5/31/2015 | 5/31/2018 | Jason Cardiff | Danielle Cadiz |
| 18 | Redwood Scientific | Citibank NA | #3081 | 5/31/2015 | 5/31/2017 | Jason Cardiff | Danielle Cadiz |
| 19 | Redwood Scientific | Citibank NA | #7294 | 5/31/2015 | 12/31/2016 | Jason Cardiff | Danielle Cadiz |
| 20 | Redwood Scientific | Citibank NA | #5409 | 6/30/2015 | 12/31/2017 | Jason Cardiff | Danielle Cadiz |
| 21 | Redwood Scientific | Citibank NA | #7471 | 11/30/2016 | 12/31/2017 | Danielle Cadiz | Jason Cardiff |
| 22 | Redwood Scientific | Citibank NA | #0178 | 11/30/2016 | 12/31/2017 | Jason Cardiff | Danielle Cadiz |
| 23 | Run Away Products LLC | Citibank NA | #0944 | 5/31/2015 | 12/31/2017 | Eunjung Cardiff | |

Attachment A(1)

| **Bank Accounts** | | | | | | |
|---|---|---|---|---|---|---|
| **Item** | **Name** | **Bank** | **Account - Last 4** | **First Statement Date** | **Last Statement Date** | **Signor 1** | **Signor 2** |
| 24 | Run Away Products LLC | Citibank NA | #1713 | 5/31/2015 | 12/31/2017 | Eunjung Cardiff | |
| 25 | Run Away Products LLC | HSBC-USA | #5283 | 4/30/2015 | 11/17/2015 | Eunjung No | |
| 26 | Smoke Stop LLC | Citibank NA | #4048 | 6/30/2016 | 12/31/2017 | Jason Cardiff | |
| 27 | Together Against Cancer | JPMorgan Ch | #3557 | 4/30/2015 | 12/31/2015 | Jason Cardiff | Lawrence Mackay |
| 28 | Top Hill Shop Ltd | Citibank NA | #2778 | 5/31/2015 | 12/31/2017 | Eunjung Cardiff | |
| 29 | Wage Lock LLC | Citibank NA | #5344 | 4/30/2015 | 10/31/2017 | Jason Cardiff | Danielle |
| 30 | Wage Lock LLC | Citibank NA | #9454 | 5/31/2016 | 12/31/2017 | Jason Cardiff | Danielle |
| 31 | Wage Lock LLC | Citibank NA | #7066 | 5/31/2016 | 1/31/2018 | Jason Cardiff | Danielle |

Attachment A(2)

| Item | Name | Bank | Account - Last 4 | First Statement Date | Last Statement Date | Signor 1 | Signor 2 |
|---|---|---|---|---|---|---|---|
| | **Bank Accounts - Sorted by Last Statement Date** | | | | | | |
| 1 | Advanced Mens Institute Prolongz LLC | HSBC-USA | #7316 | 4/30/2015 | 7/14/2015 | Eunjung No | |
| 2 | Ax Distributors | Citibank NA | #6233 | 5/31/2015 | 10/31/2015 | Jason Cardiff | |
| 3 | Run Away Products LLC | HSBC-USA | #5283 | 4/30/2015 | 11/17/2015 | Eunjung No | |
| 4 | Together Against Cancer | JPMorgan Ch | #3557 | 4/30/2015 | 12/31/2015 | Jason Cardiff | Lawrence Mackay |
| 5 | Redwood Scientific | Citibank NA | #7294 | 5/31/2015 | 12/31/2016 | Jason Cardiff | Danielle Cadiz |
| 6 | American Nutra Partners | Citibank NA | #0270 | 5/31/2015 | 1/31/2017 | Eunjung Cardiff | |
| 7 | Messengers for Christ World Healing Center DBA Paul Lewis Ministries | Citibank NA | #8250 | 5/31/2015 | 2/28/2017 | Danielle Cadiz | Eunjung No |
| 8 | Advanced Mens Institute Prolongz LLC | Citibank NA | #0320 | 5/31/2015 | 4/30/2017 | Eunjung Cardiff | |
| 9 | Redwood Scientific | Citibank NA | #3081 | 5/31/2015 | 5/31/2017 | Jason Cardiff | Danielle Cadiz |
| 10 | Cigarex LLC | Citibank NA | #6342 | 5/31/2015 | 6/30/2017 | Eunjung Cardiff | |
| 11 | Wage Lock LLC | Citibank NA | #5344 | 4/30/2015 | 10/31/2017 | Jason Cardiff | Danielle |
| 12 | Advanced Mens Institute Prolongz LLC | Citibank NA | #2531 | 5/31/2015 | 12/31/2017 | Eunjung Cardiff | |
| 13 | American Nutra Partners | Citibank NA | #4409 | 5/31/2015 | 12/31/2017 | Eunjung Cardiff | |
| 14 | Healthy Way Express | Citibank NA | #2059 | 5/31/2015 | 12/31/2017 | Eunjung Cardiff | |
| 15 | Natures Future | Citibank NA | #1770 | 5/31/2015 | 12/31/2017 | Eunjung Cardiff | |
| 16 | Redwood Scientific | Citibank NA | #5409 | 6/30/2015 | 12/31/2017 | Jason Cardiff | Danielle Cadiz |
| 17 | Redwood Scientific | Citibank NA | #7471 | 11/30/2016 | 12/31/2017 | Danielle Cadiz | Jason Cardiff |
| 18 | Redwood Scientific | Citibank NA | #0178 | 11/30/2016 | 12/31/2017 | Jason Cardiff | Danielle Cadiz |
| 19 | Run Away Products LLC | Citibank NA | #0944 | 5/31/2015 | 12/31/2017 | Eunjung Cardiff | |
| 20 | Run Away Products LLC | Citibank NA | #1713 | 5/31/2015 | 12/31/2017 | Eunjung Cardiff | |
| 21 | Smoke Stop LLC | Citibank NA | #4048 | 6/30/2016 | 12/31/2017 | Jason Cardiff | |
| 22 | Top Hill Shop Ltd | Citibank NA | #2778 | 5/31/2015 | 12/31/2017 | Eunjung Cardiff | |
| 23 | Wage Lock LLC | Citibank NA | #9454 | 5/31/2016 | 12/31/2017 | Jason Cardiff | Danielle |
| 24 | Wage Lock LLC | Citibank NA | #7066 | 5/31/2016 | 1/31/2018 | Jason Cardiff | Danielle |
| 25 | Carols Place Limited | Zions Bank | #3748 | 8/31/2017 | 5/31/2018 | Jason Cardiff | |

Attachment A(2)

| Item | Name | Bank | Account - Last 4 | First Statement Date | Last Statement Date | Signor 1 | Signor 2 |
|---|---|---|---|---|---|---|---|
| 26 | People for Christians Inc. DBA Peter Popoff Ministries Ltd DBA Master Prophet | Citibank NA | #1368 | 5/31/2015 | 5/31/2018 | Jason Cardiff | Danielle Cadiz |
| 27 | Identify LLC | Zions Bank | #4454 | 1/31/2017 | 6/29/2018 | Jason Cardiff | |
| 28 | Identify LLC | Zions Bank | #4462 | 1/31/2017 | 6/29/2018 | Jason Cardiff | |
| 29 | Identify LLC | Zions Bank | #4470 | 1/31/2017 | 6/29/2018 | Jason Cardiff | |
| 30 | Identify LLC | Zions Bank | #4694 | 6/30/2017 | 6/29/2018 | Jason Cardiff | |
| 31 | Identify LLC TBX-Free Smoke Shop | Zions Bank | #4447 | 1/31/2017 | 6/29/2018 | Jason Cardiff | |

**Bank Accounts - Sorted by Last Statement Date**

Attachment B

| | **American Express Accounts** | | | | |
|---|---|---|---|---|---|
| **Item** | **Name** | **Bank** | **Account** | **First Statement** | **Last Statement** |
| 1 | Advanced Mens Instit - Eunjung Cardiff | American Express | #1008 | 7/12/2015 | 4/11/2016 |
| 2 | Advanced Mens Instit - Eunjung Cardiff | American Express | #2006 | 5/12/2016 | 11/11/2016 |
| 3 | Advanced Mens Instit - Eunjung Cardiff | American Express | #3004 | 12/12/2016 | 6/11/2018 |
| 4 | Cigirex LLC - Eunjung Cardiff | American Express | #4006 | 7/23/2015 | 4/22/2016 |
| 5 | Cigirex LLC - Eunjung Cardiff | American Express | #5003 | 5/23/2016 | 9/22/2017 |
| 6 | Kelly Media Group - Jason Cardiff | American Express | #5006 | 7/13/2015 | 4/12/2016 |
| 7 | Kelly Media Group - Jason Cardiff | American Express | #6004 | 5/13/2016 | 6/12/2018 |
| 8 | Kelly Media Group - Jason Cardiff | American Express | #7001 | 7/2/2015 | 4/1/2016 |
| 9 | Kelly Media Group - Jason Cardiff | American Express | #8009 | 5/2/2016 | 7/2/2018 |
| 10 | Run Away Products - Eunjung Cardiff | American Express | #7002 | 5/20/2016 | 1/20/2017 |
| 11 | Run Away Products - Eunjung Cardiff | American Express | #8000 | 2/17/2017 | 6/19/2018 |
| 12 | Run Away Products - Eunjung Cardiff | American Express | #6004 | 7/20/2015 | 4/19/2016 |

Attachment C

| Paying Company | Receiving Company | Transactions | Amount | First Transaction | Last Transaction |
|---|---|---|---|---|---|
| **Bank Account Money Flows Between Entities** | | | | | |
| **Between Common Enterprise Entities** | | | | | |
| Advanced Mens Institute Prolongz LLC | Redwood Scientific Technologies Inc | 22 | 1,838,000.00 | 4/10/2015 | 5/3/2016 |
| Advanced Mens Institute Prolongz LLC | Run Away Products LLC | 43 | 393,672.35 | 10/16/2015 | 10/24/2017 |
| Carols Place Limited Partnership | Identify LLC | 7 | 95,100.00 | 8/29/2017 | 5/22/2018 |
| Identify LLC | Carols Place Limited Partnership | 10 | 112,000.00 | 8/25/2017 | 4/17/2018 |
| Identify LLC | Redwood Scientific Technologies Inc | 31 | 489,817.59 | 2/14/2017 | 4/19/2018 |
| Redwood Scientific Technologies Inc | Advanced Mens Institute Prolongz LLC | 5 | 415,172.00 | 5/28/2015 | 10/5/2015 |
| Run Away Products LLC | Redwood Scientific Technologies Inc | 14 | 333,967.69 | 6/23/2015 | 12/29/2016 |
| Run Away Products LLC | Advance Mens Institute Prolongz LLC | 15 | 294,000.00 | 7/31/2015 | 10/27/2016 |
| **Subtotal** | | | **3,971,729.63** | | |
| **Between Common Enterprise Entites and Related Cardiff Entities** | | | | | |
| Advance Mens Institute Prolongz LLC | Top Hill Shop Ltd | 1 | 96,000.00 | 12/9/2016 | 12/9/2016 |
| American Nutra Partners LLC | Run Away Products LLC | 57 | 310,236.00 | 10/8/2015 | 9/22/2017 |
| American Nutra Partners LLC | Redwood Scientific Technologies Inc | 5 | 296,000.00 | 5/1/2015 | 3/21/2017 |
| American Nutra Partners LLC | Advanced Mens Institute Prolongz LLC | 35 | 515,200.00 | 7/31/2015 | 11/16/2016 |
| Healthy Way Express LLC | Advance Mens Institute Prolongz LLC | 3 | 19,000.00 | 9/1/2015 | 10/14/2015 |
| Nature's Future LLC | Run Away Products LLC | 27 | 53,491.84 | 9/16/2015 | 9/22/2017 |
| Nature's Future LLC | Advance Mens Institute Prolongz LLC | 16 | 205,500.00 | 7/31/2015 | 10/18/2016 |
| People United for Christians Inc | Run Away Products LLC | 11 | 55,991.00 | 5/1/2015 | 7/14/2015 |
| Run Away Products LLC | Wage Lock LLC | 2 | 38,500.00 | 5/17/2016 | 7/5/2016 |
| Run Away Products LLC | American Nutra Partners LLC | 2 | 9,000.00 | 6/29/2016 | 7/6/2016 |
| Run Away Products LLC | Healthy Way Express LLC | 1 | 20,000.00 | 8/25/2015 | 8/25/2015 |
| Run Away Products LLC | Top Hill Shop Ltd | 1 | 35,000.00 | 1/24/2017 | 1/24/2017 |
| Top Hill Shop Ltd | Redwood Scientific Technologies Inc | 1 | 25,000.00 | 6/1/2015 | 6/1/2015 |

Attachment C

| Bank Account Money Flows Between Entities | | | | | |
|---|---|---|---|---|---|
| **Paying Company** | **Receiving Company** | **Transactions** | **Amount** | **First Transaction** | **Last Transaction** |
| Top Hill Shop Ltd | Advance Mens Institute Prolongz LLC | 4 | 20,500.00 | 7/31/2015 | 3/9/2016 |
| Top Hill Shop Ltd | Run Away Products LLC | 10 | 133,511.10 | 1/5/2016 | 4/6/2017 |
| Wage Lock LLC | Redwood Scientific Technologies Inc | 1 | 38,000.00 | 5/26/2016 | 5/26/2016 |
| **Subtotal** | | | **1,870,929.94** | | |
| **Total** | | | **5,842,659.57** | | |