# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Federal Trade Commission**, <br><br> Plaintiff, <br><br> v. <br><br> **Jason Cardiff, et al.**, <br><br> Defendants. | No. ED 5:18-cv-02104-SJO-PLA <br><br> **ORDER TO SHOW CAUSE WHY DEFENDANTS EUNJUNG AND JASON CARDIFF AND THIRD PARTY JACQUES POUJADE SHOULD NOT BE HELD IN CONTEMPT OF THIS COURT'S PRELIMINARY ORDERS AND SANCTIONED UNTIL THEY COMPLY FULLY WITH THOSE ORDERS** |

Plaintiff, the Federal Trade Commission, has applied to this Court for an Order to Show Cause Why Defendants Eunjung and Jason Cardiff and Third Party Jacques Poujade Should Not Be Held In Contempt and Sanctioned Until They Comply with the Court's October 10, 2018 Temporary Restraining Order ("TRO") (Dkt. No. 29) and its November 8, 2018 Preliminary Injunction With Asset Freeze,

-1-

Receiver, And Other Equitable Relief Against Jason Cardiff And Eunjung Cardiff (Dkt. No. 59).

The Court has considered the Federal Trade Commission's Motion and the papers filed in support thereof, and, it appearing to the Court that Plaintiff has shown good cause for the entry of such Order, it is by this Court hereby

**ORDERED** that Eunjung Cardiff, Jason Cardiff, and Jacques Poujade shall **appear personally** on July 30, 2019, at 10 a.m. in Courtroom 10C of the United States District Courthouse for the Central District of California, Western Division, located at 350 West 1st Street, Los Angeles, California, and show cause, if any there be, why this Court should not find them in contempt for failure to comply with the Temporary Restraining Order and Preliminary Injunction. **Such a Contempt Order could include coercive sanctions until each one complies with the Court's Orders, and for Eunjung Cardiff and Jason Cardiff, those sanctions could include, but not necessarily be limited to, incarceration until they purge themselves of their contempt.** Unless the Court determines otherwise, notwithstanding the filing or pendency of any procedural or other motions, all issues raised by the Motion and supporting papers, and any opposition to the Motion, will be considered at the hearing to Show Cause, and the allegations of said Motion shall be deemed admitted unless controverted by a specific factual showing.

**IT IS FURTHER ORDERED** that, if Eunjung Cardiff, Jason Cardiff, or Jacques Poujade intends to file pleadings, affidavits, exhibits, motions, or other papers in opposition to said Motion or to the entry of the Order requested therein, such papers must be filed with the Court and served on Plaintiff on or before July 8, 2019. Any reply by Plaintiff shall be filed with the Court and served on Defendants Eunjung and Jason Cardiff and Third Party Jacques Poujade, or their counsel, on or before July 15, 2019.

**IT IS FURTHER ORDERED** that Plaintiff must serve this Order to Show Cause and accompanying Motion and exhibits filed therewith on Defendants Eunjung Cardiff, Jason Cardiff, and third party Jacques Poujade, or their counsel, using the most expeditious means practicable.

DATED this 24th day of June, 2019.

*S. James Otero*
_____
United States District Judge