Michael Gerard Fletcher (State Bar No. 070849)
  mfletcher@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
  gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Receiver ROBB EVANS & ASSOCIATES LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| FEDERAL TRADE COMMISSION, | Case No. 5:18-cv-02104 SJO (PLAx) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING NOTICE OF MOTION AND MOTION: |
| v. | |
| JASON CARDIFF, individually and as an owner, officer director, or member of EUNJUNG CARDIFF, a/k/a Eunjung Lee, a/k/a Eunjung No, individually and as an owner, officer, director, or member of REDWOOD SCIENTIFIC TECHNOLOGIES, INC., a California corporation; REDWOOD SCIENTIFIC TECHNOLOGIES, INC., a California corporation, also d/b/a Rengalife; REDWOOD SCIENTIFIC TECHNOLOGIES, INC., a Nevada corporation; REDWOOD SCIENTIFIC TECHNOLOGIES, INC., a Delaware corporation; IDENTIFY, LLC, a Wyoming limited liability company; ADVANCED MEN'S INSTITUTE PROLONGZ LLC, d/b/a AMI, a California limited liability company; RUN AWAY PRODUCTS, LLC, a New York limited liability company; and CAROLS PLACE LIMITED PARTNERSHIP, an Arizona limited liability partnership,<br><br>Defendants. | (1) FOR ORDER FOR RECEIVER IMMEDIATE TEMPORARY ACCESS TO THE PRIMARY RESIDENCE OF DEFENDANTS JASON CARDIFF AND EUNJUNG CARDIFF FOR THE PURPOSE OF CONDUCTING APPRAISALS OF THE RESIDENCE<br><br>(2) COMMANDING THAT CARDIFFS COOPERATE IN MAKING RESIDENCE AVAILABLE AT DATES AND TIMES THAT RECEIVER REQUESTS<br><br>Date:  July 8, 2019<br>Time:  10:00 a.m.<br>Place: Courtroom 10C<br>       United States Courthouse<br>       350 W. 1st Street<br>       Los Angeles, CA  90012 |

This matter came before the Court on the *Notice of Motion and Motion for Order: (1) Granting Receiver Immediate Temporary Access to the Primary Residence of Defendants Jason Cardiff and Eunjung Cardiff for the Purpose of Conducting Appraisals of the Residence; (2) Authorizing Receiver to Employ the Assistance of Law Enforcement to Assist it in Gaining Entrance to Cardiffs' Residence; and (3) Commanding that Cardiffs Cooperate in Making Residence Available at Dates and Times that Receiver Requests* ("Motion") [Dkt. 130], filed by Robb Evans & Associates LLC ("Receiver"), the duly-appointed and acting receiver in this matter. Appearances were as noted on the record. Based on the Motion, the Memorandum of Points and Authorities and Declarations of Brick Kane and Michael Gerard Fletcher filed in support of the Motion, oral argument at the hearing, and all other papers and pleadings in this matter and the record as a whole and for good cause shown,

**IT IS ORDERED AS FOLLOWS:**

1. The Motion is GRANTED as set forth below;

2. The Receiver is granted immediate temporary access to the interior and exterior of the Cardiffs' personal residence located at 700 West 25th Street, Upland, California 91784 ("Residence") on July 22, 2019, from 9:00 a.m. to 5:00 p.m. for the purpose of conducting on-site inspections, evaluations, and measurements of the interior and the exterior of the Residence for a temporary period of time sufficient to allow each of the Receiver's three appraisers to spend no less than two hours per appraiser to appraise the value of the Residence on that day ("Inspection");

3. The Cardiffs and their daughter may not be present for the Inspection of the Residence;

4. One lawyer for the Cardiffs and one representative of the Receiver may be present for the Inspection of the Residence;

5. No video record of the Inspection shall be made;

6. The Cardiffs are commanded to cooperate in making the Residence available to the Receiver and the three appraisers that the Receiver, in its sole discretion, selects and requests for purposes of entry by the Receiver's appraisers, as otherwise ordered herein, for the Inspection on the date indicated herein.

DATED: _____July 17_____, 2019

_____S. James Otero_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

LAW OFFICES OF JAMES D. WHITE
By: _____
JAMES D. WHITE
Attorneys for JASON CARDIFF and
EUNJUNG CARDIFF

Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
(323) 852-1000

3394980.2 | 078410-0061                    3                    Case No. 5:18-cv-02104
                                        ORDER
                                                                                6