**VENABLE LLP**
Ari N. Rothman (SBN 296568)
  anrothman@venable.com
Witt W. Chang (SBN 281721)
  wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

**LITIGATION AND BUSINESS LAW GROUP, INC.**
Michael W. Kinney (SBN 106781)
  mkinney@lblglaw.com
41690 Ivy Street, Suite C
Murrieta, California 92562
Telephone:  (951) 296-9910

Attorneys for Non-Party/Objector
JACQUES POUJADE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON CARDIFF, et al.,<br><br>　　　　　Defendants. | CASE NO. 5:18-cv-02104-SJO-PLA<br><br>Hon. S. James Otero<br>Courtroom 10C – West 1st Street<br><br>**JACQUES POUJADE'S THIRD SUPPLEMENT TO HIS RESPONSE TO COURT'S ORDER TO SHOW CAUSE**<br><br>Date:　July 29, 2019<br>Time:　2 p.m.<br>Crtrm:　10C<br><br>Action Filed:　October 10, 2018<br>Trial Date:　None set |

## THIRD SUPPLEMENT

Non-Party/Objector Jacques Poujade files this third supplement to his response to the Court's Order To Show Cause to submit evidence that on July 30, 2019, True Pharmastrip, Inc. ("TPI") and Pharmastrip Corp. dismissed their lawsuit in the Ontario Superior Court of Justice, Canada against Jason Cardiff and Eunjung Cardiff. Specifically, attached to the Declaration of Ari N. Rothman, as **Exhibit A**, is correspondence from counsel for TPI and Pharmastrip Corp., Stephen Brown-Okruhlik of McMillan, to the Superior Court of Justice in Ontario, Canada, requesting that the Court discontinue the litigation and enclosing a notice of discobtinuance of the lawsuit. Counsel for Poujade provided notice to the FTC and receiver on July 31, 2019, that TPI and Pharmastrip Corp. sought to dismiss the lawsuit, and subsequently provided a copy of **Exhibit A** of the discontinuance documents on August 1, 2019. *See* **Exhibit B** and **Exhibit C**, attached to the Rothman Decl.

Dated: August 2, 2019

Respectfully submitted,

VENABLE LLP

By: /s/ Ari N. Rothman
Ari N. Rothman
Witt W. Chang
Attorneys for Non-Party / Objector,
Jacques Poujade