UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV18-2104 SJO (PLAx) | Date | July 29, 2019 |
|---|---|---|---|
| Title | Federal Trade Commission v. Jason Cardiff, et al. | | |

| Present: The Honorable | S. James Otero, U.S. District Judge |
|---|---|
| Stephen Montes Kerr | Myra Ponce |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Elizabeth Jones Sanger | Michael A. Thurman |
| Edwin Rodriguez | James D. White |
| James A. Prunty | Roger A. Colaizzi |
| Michael Gerard Fletcher (atty for Receiver) | Ari N. Rothman |
| | Michael W. Kinney |

**Proceedings:**   ORDER TO SHOW CAUSE HEARING (Evidentiary)

Cause called; appearances made.

Witnesses called and exhibits identified and admitted.

For reasons stated on the record, the Court finds defendant James Cardiff in contempt of court and in civil violation of the Court's prior order. Defendant is immediately remanded into custody. Remand Order No. D9618.

The matter is continued to July 30, 2019, at 8:30 a.m.

                                                                                    4    :    46

                                                          Initials of Preparer         SMO