UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV18-2104 SJO (PLAx) | Date | July 30, 2019 |
|---|---|---|---|
| Title | Federal Trade Commission v. Jason Cardiff, et al. | | |

| Present: The Honorable | S. James Otero, U.S. District Judge |
|---|---|

| Stephen Montes Kerr | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Elizabeth Jones Sanger | Michael A. Thurman |
| Edwin Rodriguez | James D. White |
| James A. Prunty | Roger A. Colaizzi |
| Michael Gerard Fletcher (atty for Receiver) | Ari N. Rothman |
| | Michael W. Kinney |

**Proceedings:** ORDER TO SHOW CAUSE HEARING (Evidentiary)

Cause called; appearances made.

Witnesses called and exhibits identified and admitted.

For reasons stated on the record, the Court finds defendant James Cardiff is no longer in contempt of court. Defendant is immediately released from custody. Release Order No. D9619.

The matter is continued to July 31, 2019, at 9:00 a.m.

|   | 3 | : | 49 |
|---|---|---|---|
| Initials of Preparer | | | SMO |