UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV18-2104 SJO (PLAx) | Date | July 31, 2019 |
|---|---|---|---|
| Title | Federal Trade Commission v. Jason Cardiff, et al. | | |

Present: The Honorable    S. James Otero, U.S. District Judge

| Stephen Montes Kerr | Marea Woolrich and Miranda Algorri |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Elizabeth Jones Sanger | Michael A. Thurman |
| Edwin Rodriguez | James D. White |
| Michael Gerard Fletcher (atty for Receiver) | Roger A. Colaizzi |
| | Ari N. Rothman |
| | Michael W. Kinney |

**Proceedings:**       ORDER TO SHOW CAUSE HEARING (Evidentiary)

Cause called; appearances made.

Court hears oral argument and orders the plaintiff to prepare and submit its findings of fact and conclusions of law by noon, August 9, 2019. The opposition thereto must be filed by August 13, 2019. The hearing in this matter will be on August 19, 2019, at 10:00 a.m.

|  | 2 | : | 50 |
|---|---|---|---|
| Initials of Preparer | | SMO | |