## LIST OF EXHIBITS AND WITNESSES

| Case Number | ED CV18-2104 SJO (PLAx) | Title | Federal Trade Commission v. Jason Cardiff, et al. |
|---|---|---|---|
| **Judge** | S. James Otero, Senior U.S. District Judge | | |
| **Dates of Trial or Hearing** | 7/29/2019; 7/30/2019; and 7/31/2019 | | |
| **Court Reporters or Tape No.** | Myra Ponce; Marea Woolrich; and Miranda Algorri | | |
| **Deputy Clerks** | Stephen Montes Kerr | | |

FILED
CLERK, U.S. DISTRICT COURT
7/31/19
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Elizabeth Jones Sanger | James D. White |
| Jame A. Prunty | Michael A. Thurman |
| Edwin Rodriguez | Roger A. Colaizzi (counsel for Non-party Jacques Bertand Poujade) |
| Michael Gerard Fletcher (counsel for Receiver) | Ari N. Rothman (counsel for Non-party Jacques Bertand Poujade) |
| | Michael W. Kinney (counsel for Non-party Jacques Bertand Poujade |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | Jason Cardiff 7/29/2019 | Plaintiff |
| R-1 | 7/29/19 | 7/29/19 | | | | HSBC Credit Care Statement 4/12/2019 Acct. No. 5402 | Receiver |
| | | | | | | Jacques Bertand Poujade 7/29/2019 | Plaintiff |
| R-2 | 7/30/19 | | | | | Copy of CM Docket as of 7/29/2019 | |
| | | | | | | Jacques Bertand Poujade 7/30/2019 | Receiver |
| | | | P-1 | 7/30/19 | 7/30/19 | Verizon Bill (Redacted) | |
| | | | P-2 | 7/30/19 | 7/30/19 | Promissory Note 11/8/2018 | |
| | | | P-3 | 7/30/19 | 7/30/19 | Promissory Note 1/2/2019 | |
| | | | P-4 | 7/30/19 | 7/30/19 | Promissory Note 3/4/2019 | |
| | | | P-5 | 7/30/19 | 7/30/19 | Promissory Note 4/22/2019 | |
| | | | | | | Eu-Jung Cardiff 7/30/2019 | Plaintiff |