SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus (SBN 159825)
Michael A. Brown (SBN 243848)
1990 South Bundy Drive, Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile: (310) 826-4711
jspertus@spertuslaw.com
tbrown@spertuslaw.com

Attorneys for Non-Party/Objector
Jacques Poujade

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISION,<br><br>Plaintiff,<br><br>v.<br><br>JASON CARDIFF, et al.,<br><br>Defendants. | Case No. 5:18-cv-02104-SJO-PLAx<br><br>**DECLARATION OF DANA ROHRABACHER**<br><br>**Date: August 27, 2019**<br>**Time: 10:00 am**<br>**Courtroom: 10C** |

1

I, Dana Rohrabacher, declare and state as follows:

1. I am over the age of 18 and, to the best of my recollection, know each of the following facts to be true based on my personal experience.

2. I served in the Executive Branch of the United States government, in the White House, as special assistant to President Ronald Reagan from 1981 to 1988. I also served in the United States House of Representatives from 1989 to 2019. During that tenure, as a result of redistricting, I represented California's 42nd, 45th, 46th, and 48th districts. I have served or chaired on various congressional committees, including the Committees on Foreign Affairs and on Science, Space and Technology, and I have held various caucus memberships.

3. I co-founded the Congressional Cannabis Caucus, along with Democrat colleagues, to help advance policy change regarding cannabis at the federal level. I have called on fellow Republicans to reconsider their stance toward cannabis on the basis of core conservative principles such as limited government, individual liberty, respect for the Tenth Amendment, and respect for individual rights entitling citizens to have access to appropriate medical treatment.

4. In April 2016, I announced my endorsement of California's Proposition 64, the Adult Use of Marijuana Act. In my capacity as United States Representative, I introduced the Rohrabacher-Farr Amendment for a number of years beginning in 2003, which prohibited the United States Department of Justice from spending funds interfering with the implementation of state medical cannabis law. This Amendment passed the United States House of Representatives in May 2014 and became law in December 2014.

5. I have known Jacques Poujade both personally and professionally for a decade. I know him to be a person of great principle and integrity. In 2018, Mr. Poujade was recognized by the Micah's Way charity for his giving back to the community and involvement with charitable causes including inspiring his

family and fellow co-workers in making meals and feeding over 5,500 homeless people in Santa Ana, California, over the course of last year.

6. When Mr. Poujade asked me to join the Board of True Pharmastrip, Inc., I saw it as a natural extension of my previous work and was delighted about the opportunity. The company plans to produce sublingual dissolvable strips carrying precise dosages of THC through the use of pharmaceutical grade precision equipment. Through the testing protocols in place, as mandated by the various state laws, the final manufactured product is conclusive and specific in its dosage and can be used for all of THC's many therapeutic purposes. I see this as a great aid to anyone who may need to use THC therapeutically, but to seniors especially, because the body's absorption of THC from sublingual strips, as opposed to absorption after ingestion of edible products, is fast, effective, and much more predictable.

7. I accepted True Pharmastrip's invitation to join its Board of Directors and was formally appointed on January 28, 2019. On February 20, 2019, on behalf of True Pharmastrip, I signed a resolution along with Mr. Poujade accepting the appointment of three additional board members: Ralph Olson, Kamlesh Shah, and Anton Drescher.

8. Since joining True Pharmastrip's Board of Directors in January 2019, I have had almost no contact with Jason Cardiff. Although I cannot recall exactly how I learned this fact, I am aware that Mr. Cardiff had experience using the dissolvable oral thin strips technology and was offering his advice to True Pharmastrip about producing and marketing this technology, for example, in selecting and developing flavors, names, and packaging for the product. To the best of my knowledge, however, Mr. Cardiff has not presented any action items to the Board of Directors, and I have not been asked to look at or approve any financial decisions he has proposed on behalf of the company. To the best of my knowledge, I have had no communications with him on the telephone or by email

3

about True Pharmastrip business. I certainly have not taken any direction from him regarding company business.

9. At some point after joining True Pharmastrip's Board of Directors, I did attend a dinner that was also attended by Mr. Cardiff, among others. As I recall, the purpose of the dinner was to introduce representatives from a company that produces CBD oil to Mr. Poujade in the event that True Pharmastrip at some point in the future needed to buy CBD oil. While Mr. Cardiff was at this dinner, I do not remember him saying very much or being especially involved in the conversation.

10. On March 26, 2019, a friend sent me an email informing me that Mr. Cardiff was involved in a legal action that involved making false claims about his products. After receiving that email, I recommended to Mr. Poujade that, because of Mr. Cardiff's legal problems, Mr. Poujade should keep Mr. Cardiff at arm's length.

I declare under perjury that the foregoing is true and correct.

Dated: August 26, 2019

*Dana Rohrabacher*
Dana Rohrabacher