SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus (SBN 159825)
Michael A. Brown (SBN 243848)
1990 South Bundy Drive, Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile: (310) 826-4711
jspertus@spertuslaw.com
tbrown@spertuslaw.com

Attorneys for Non-Party/Objector
Jacques Poujade

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISION,<br><br>Plaintiff,<br><br>v.<br><br>JASON CARDIFF, et al.,<br><br>Defendants. | Case No. 5:18-cv-02104-SJO-PLAx<br><br>**DECLARATION OF KAMLESH SHAH**<br><br>**Date: August 27, 2019**<br>**Time: 10:00 am**<br>**Courtroom: 10C** |

1

I, Kamlesh Shah, declare and state as follows:

1. I am over the age of 18 and, to the best of my recollection, know each of the following facts to be true based on my personal experience.

2. I am a senior finance executive with over 25 years of financial and management experience across a range of industries and companies with significant operating scale and complexity. I am a Certified Public Accountant and Chartered Global Management Accountant of the American Institute of CPAs and a Chartered Professional Accountant of the Canadian Institute of CPAs. I have experience in all aspects of corporate finance, including audits, SEC/OSC reporting, forecasting, and business plan development. Over the past fifteen years, I have served as a Director and Chief Financial Officer and Corporate Secretary of Portage Biotech Inc., a publicly-listed group of companies engaged in biotechnology. I am a Commerce Graduate from Bombay University, India.

3. I was appointed to the Board of Directors of True Pharmastrip, Inc., on or about February 20, 2019. I am also Chairman of the company's Audit Committee.

4. All of my communications about business operations at True Pharmastrip have been with Jacques Poujade. To the best of my recollection, I have never spoken with Jason Cardiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 26, 2019.

_Kamlesh Shah by James Spertus_
Kamlesh Shah   PER TELEPHONIC AUTHORIZATION