SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus (SBN 159825)
Michael A. Brown (SBN 243848)
1990 South Bundy Drive, Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile: (310) 826-4711
jspertus@spertuslaw.com
tbrown@spertuslaw.com

Attorneys for Non-Party/Objector
Jacques Poujade

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISION,<br><br>Plaintiff,<br><br>v.<br><br>JASON CARDIFF, et al.,<br><br>Defendants. | Case No. 5:18-cv-02104-SJO-PLAx<br><br>**DECLARATION OF ANTON DRESCHER**<br><br>**Date: August 27, 2019**<br>**Time: 10:00 am**<br>**Courtroom: 10C** |

1

I, Anton Drescher, declare and state as follows:

1. I am over the age of 18 and, to the best of my recollection, know each of the following facts to be true based on my personal experience.

2. Mr. Drescher has been a Chartered Professional Accountant, and a Certified Management Accountant, since 1981. He is currently involved with several public companies including as: a director (since 1991) of International Tower Hill Mines Ltd., a public mining company listed on the TSX and the NYSE-MKT; a director (since 1996) and Chief Financial Officer (since 2012) of Xiana Mining Inc., a public mineral exploration company listed on the TSXV; a director (since 2007) of RavenQuest BioMed Inc., listed on the CSE; a director (since 2007) and the Chief Financial Officer of Oculus VisionTech Inc., a public company involved in watermarking of film and data listed on the TSXV and the OTC Bulletin Board; a director (since 2014) of CENTR Brands Corp. (formerly, Riverwild Explorations Inc.) a public company listed on the CSE. Mr. Drescher is also the President (since 1979) of Westpoint Management Consultants Limited, a private company engaged in tax and accounting consulting for business reorganizations, and the President (since 1998) of Harbour Pacific Capital Corp., a private company involved in regulatory filings for businesses in Canada.

3. I first learned about True Pharmastrip, Inc.—called Clover Cannastrip Thin Film Technology Corp. at the time—from friends at Canadian investment dealer Haywood Securities, Inc., who told me the company presented a good investment opportunity.

4. I initially invested in the company and continue to be a shareholder. My first purchase of stock was for 25,000 shares at $0.20 per share. This deal closed on November 5, 2018. A true and correct copy of the subscription agreement for this sale is attached hereto as **Exhibit 1**. On page A-9 of the subscription agreement, Jason Cardiff is listed as Clover Cannastrip's contact.

2

I have invested in a lot of companies and, in my experience, the person listed on the subscription agreement is not always, or even often, a person with control over the company. Typically, the contact listed on the subscription agreement is just an investment relations person at the company. In my experience, a better indicator of who has control over a company would be who signs the stock certificates.

5. After my initial investment in True Pharmastrip, my contacts at Haywood Securities asked me to consider joining the company's Board of Directors.

6. The first person from the company who contacted me was Jason Cardiff. We had a general conversation about the product. When I expressed further interest in the company, Mr. Cardiff told me that True Pharmastrip's CEO, Jacques Poujade, would be contacting me. After this initial call with Jason Cardiff, I dealt primarily with Jacques Poujade. Eventually, I became a member of True Pharmastrip's Board of Directors on or about March 13, 2019.

7. After the initial conversation with Jason Cardiff described above, and during my time as director of the company, I have had no regular communications with Mr. Cardiff. To the best of my recollection, the last email I received from him was in April 2019. Mr. Cardiff does not sit on the company's Board of Directors, and he has never presented any action items or resolutions to the Board of Directors that I am aware of.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 26, 2019.

_____
Anton Drescher

3