UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 18-02104 SJO (PLAx) | Date | August 27, 2019 |
|---|---|---|---|
| Title | Federal Trade Commission v. Jason Cardiff et al, | | |

Present: The Honorable   JAMES OTERO, Judge presiding

| Victor Cruz | Marea Woolrich | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Elizabeth Jones Sanger<br>Edwin Rodriguez<br>James A. Prunty | Michael A. Thurman<br>James W. Spertus<br>M. Anthony Brown |

**Proceedings:    CONTINUED ORDER TO SHOW CAUSE HEARING**

Hearing held.

Counsel for Receiver Michael Gerard Fletcher is present.

Court and counsel confer.

The Court will the allow the dissolvable strip manufacturing machines to be used as long as the receiver has knowledge of the location of the machines. However, if there is any attempt to try to remove the machines or transfer the ownership of the machines, this must immediately be brought to the attention of the Court. The Court makes it clear that it is not condoning that the machines can be used for a purpose that may be a violation of federal law.

The Court is advised by counsel for Jacques Poujade that they will be filing a motion to intervene for the limited purpose of participating in discovery.

The Court grants the FTC's request for a full accounting, including each deposit and credit and each withdrawal or debit, from the subject bank accounts as well as any records that are kept in the Sui trust account.

The Court orders that any recorded communication of any type between the Cardiffs and Mr. Poujade shall be turned over to the FTC.

The Court orders the Cardiffs to turn their mobile phones over to the receiver so they can be imaged by the data analyst.

The Court orders the parties to meet and confer and draft a proposed order that the Court can execute concerning the transfer of the monies to the custody of the receiver and also for the preservation of the dissolvable strip manufacturing machines, and a separate order regarding the Cardiffs' cell phones.

|  | : | 1/00 |
|---|---|---|
| Initials of Preparer | | vpc |