ELIZABETH JONES SANGER (pro hac vice)
esanger@ftc.gov; (202) 326-2757
SHIRA D. MODELL (pro hac vice)
smodell@ftc.gov; (202) 326-3116
JAMES A. PRUNTY (pro hac vice)
jprunty@ftc.gov; (202) 326-2438
EDWIN RODRIGUEZ (pro hac vice)
erodriguez@ftc.gov; (202) 326-3147
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Fax: (202) 326-3259

STACY PROCTER (Local Counsel) (CA 221078)
sprocter@ftc.gov; (310) 824-4300
Federal Trade Commission
10990 Wilshire Blvd., Suite 400
Los Angeles, CA 90024
Fax: (310) 824-4380
ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Federal Trade Commission**, <br><br> Plaintiff, <br><br> v. <br><br> **Jason Cardiff, et al.**, <br><br> Defendants. | No. ED 5:18-cv-02104-SJO-PLA <br><br> PLAINTIFF'S NOTICE OF LODGING OF [PROPOSED] STIPULATED ORDER REQUIRING DEFENDANTS EUNJUNG AND JASON CARDIFF TO TURN OVER THEIR MOBILE PHONES |

On August 27, 2019, this Court resumed the hearing on the Order to Show Cause re Contempt. During that hearing, the Federal Trade Commission ("FTC" or "Commission") requested that Defendants Eunjung and Jason Cardiff ("the Cardiffs") be ordered to turn over all of their mobile phones for imaging by the FTC. The Court granted that request, and directed the FTC to draft a proposed order regarding the mobile phones.

Pursuant to the Court's Order, the Cardiffs turned over four mobile phones to their attorney, who then provided them to the FTC on August 28, 2019, along with passwords and other information needed to access the phones and various applications on or accessed through the phones. The Commission proceeded to image the phones to the extent possible, but was unable to image Jason Cardiff's @dislvs.com email.[1]  The Commission was also unable to access at least three chat applications on the phones due to lack of login credentials:  Signal, Telegram, and WeChat.

As of September 1, 2019, the Commission had returned all four phones to counsel for the Cardiffs.

---

[1] The Commission captured image files of the @dislvs.com emails on Jason Cardiff's phone, but was not able to download these files in native format. Counsel for the Cardiffs provided Jason Cardiff's login credentials so that the Commission could directly download the emails from the @dislvs.com server, but the Commission could not access Jason Cardiff's emails because True Pharmastrip, Inc. had changed Mr. Cardiff's password on or after August 27, 2019, at the direction of counsel for Jacques Poujade, and the server's settings do not currently allow for direct email download. Counsel for Jacques Poujade has represented to the Commission that True Pharmastrip, Inc. has preserved the entire universe of Jason Cardiff's @dislvs.com emails, and that it has the ability to adjust the server setting to enable direct email downloads. Obtaining the emails in native format would enable the Commission to more efficiently segregate potentially privileged materials from review, and facilitate more efficient searching of the emails. Counsel for the Cardiffs has made a demand on counsel for Jacques Poujade for these emails to be made available to the FTC, and is awaiting a response.

1      The Commission and the Cardiffs respectfully submit the attached proposed

2    stipulated order regarding the Cardiffs' mobile phones.

3

4    Dated:  September 5, 2019            s/ Elizabeth Jones Sanger
                                         ELIZABETH JONES SANGER
5                                        esanger@ftc.gov; (202) 326-2757
                                         SHIRA D. MODELL
6                                        smodell@ftc.gov; (202) 326-3116
                                         JAMES A. PRUNTY
7                                        jprunty@ftc.gov; (202) 326-2438
                                         EDWIN RODRIGUEZ
8                                        erodriguez@ftc.gov; (202) 326-3147
9                                        Federal Trade Commission
                                         600 Pennsylvania Ave., NW
10                                       Washington, DC 20580
                                         Fax: (202) 326-3259
11

12

13                                       STACY PROCTER (Local Counsel)
                                         sprocter@ftc.gov; (310) 824-4300
14                                       Federal Trade Commission
                                         10990 Wilshire Blvd., Suite 400
15                                       Los Angeles, CA 90024
                                         Fax: (310) 824-4380
16

17

18
                                         Attorneys for Plaintiff
19                                       FEDERAL TRADE COMMISSION

20

21

22                                       s/ Michael A. Thurman
                                         MICHAEL A. THURMAN
23                                       Attorney for Defendants
                                         EUNJUNG AND JASON CARDIFF
24

25

26

27

28

Certificate of Service

I hereby certify that on September 5, 2019, I served the foregoing Plaintiff's
Notice of Lodging of [Proposed] Stipulated Order Requiring Defendants Eunjung
and Jason Cardiff to Turn Over Their Mobile Phones to the Plaintiff upon the
parties as follows:

James White, Esq., counsel, on behalf of Defendants Jason Cardiff and Eunjung
Cardiff
By ECF

Michael A. Thurman, Esq., counsel, on behalf of Defendants Jason Cardiff and
Eunjung Cardiff
By ECF

Robb Evans & Associates, Receiver, through counsel, Frandzel Robins Bloom &
Csato, L.C., Attorneys at Law
By ECF to Hal D. Goldflam, Esq., Michael Gerard Fletcher, Esq., and Craig A.
Welin, Esq.

Michael Kinney, Esq., counsel, on behalf of Jacques Poujade
By ECF

Ari N. Rothman, Esq. and Roger A. Colaizzi, Esq., counsel, on behalf of Jacques
Poujade
By ECF

James Spertus, Esq. and M. Anthony Brown, Esq., counsel on behalf of Jacques
Poujade.
By ECF

s/ Elizabeth Jones Sanger
ELIZABETH JONES SANGER

-4-