UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **ED CV 18-2104-DMG (PLAx)** | Date | June 26, 2020 |
|---|---|---|---|

| Title | *Federal Trade Commission v Jason Cardiff, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Appellant(s) | Attorneys Present for Appellee(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE RE PUBLIC FILING**

In accordance with Local Rule 79-6, Plaintiff the Federal Trade Commission filed an *Ex Parte* Application for a Temporary Restraining Order ("TRO") that was sealed and *in camera*. In light of the public filing of the TRO issued on June 24, 2020 [Doc. # 352], Plaintiff is hereby **ORDERED to SHOW CAUSE** by June 30, 2020 why its moving papers, including its *Ex Parte* Application for Authorization to File *In Camera*, should not be publicly filed on the docket forthwith.

**IT IS SO ORDERED.**