SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus (SBN 159825)
M. Anthony Brown (SBN 243848)
1990 South Bundy Drive, Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile: (310) 826-4711
jspertus@spertuslaw.com
tbrown@spertuslaw.com

Attorneys for Non-Party
Jacques Poujade

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Federal Trade Commission,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Jason Cardiff, et al.,<br><br>　　　　　Defendants. | Case No. ED 5:18-cv-02104-DMG-PLAx<br><br>**NON-PARTY TRUE PHARMASTRIP, INC.'S LIMITED OBJECTION TO JUDGMENT CREDITOR INTER/MEDIA'S MOTION TO COMPEL RECEIVER TO CURE ARREARAGES [DKT. 440]**<br><br>Date: Sept. 4, 2020<br>Time: 9:30 AM<br>Place: Courtroom 8C |
|---|---|

# OBJECTION

True Pharmastrip, Inc. ("TPI") files this limited objection to the Motion To Compel filed by judgment creditor Inter/Media Time Buying Corporation on August 7, 2020. (Dkt. 440.) TPI respectfully requests that any order entered on Inter/Media's motion make clear that no portion of the $1,205,984.80 USD that TPI deposited with the Receiver on August 27, 2019 (the "Deposited Funds") may be used to pay arrearages on the mortgage owed by Defendants Jason and Eunjung Cardiff on their Upland, California, house.

The Court assured TPI that it would have an opportunity to litigate return of the Deposited Funds. (*See* Dkt. 256, at 7 (quoting 8/27/19 RT 14-15).) TPI moved to intervene for the limited purpose of establishing that the Deposited Funds, raised from third-party investors, were not the proceeds of the unlawful activity alleged against Defendants in the Complaint, are not properly part of the receivership estate, and thus should not be used to pay any judgment that may issue against the Cardiffs or to pay any of the Receiver's fees. (Dkt. 231.) The Court denied TPI's motion on timeliness grounds (Dkt. 256), and TPI's appeal from that ruling is now fully briefed and awaiting oral argument.

The Receiver has represented to the Court and to counsel for TPI—most recently at the July 7, 2020, hearing on the Order to Show Cause ("OSC") why the FTC's application for a preliminary injunction should not be granted—that the Deposited Funds will be held in a separate bank account and not used for any purpose until TPI is heard on the threshold question of whether the Deposited Funds are a receivership asset.

Dated: August 12, 2020        SPERTUS, LANDES & UMHOFER, LLP

By:   /s/ James W. Spertus
      James W. Spertus
      M. Anthony Brown

*Attorneys for True Pharmastrip, Inc.*

1

*LIMITED OBJECTION TO INTER/MEDIA'S MOTION TO COMPEL*