Stephen R. Cochell
Cochell Law Firm P.C.
5850 San Felipe Ste 500
Houston Texas 77057
(346)800-3500
srcochell@gmail.com
Admitted Pro Hac Vice

James D. White, Esq.
Law Offices of James D. White
CA Bar # 064721
PO Box 367
113 Quarter Horse Dr.
Bellevue, ID 83313
949 697 9236
jdw@jamesdwhitelaw.com

Attorneys for Defendants Jason Cardiff and Eunjung Cardiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> JASON CARDIFF, et al. <br><br> Defendants. | Case No.: 5:18-cv-02104-SJO (PLAx) <br><br> **REQUEST FOR LEAVE TO FILE EX PARTE APPLICATION FOR ORDER TO SHOW CAUSE AS TO WHY AMY POPOFF CARDIFF, CHRISTOPHER ABERNATHY, ESQ, KATARI BUCK, ESQ. AND BROOK ASIATICO SHOULD NOT BE HELD IN COMTEMPT FOR VIOLATIONS OF THE STAY ORDER** <br><br> **Hearing: Not Set** <br> **Courtroom 8C** <br> **Hon. Dolly M. Gee** |

1

Jason and Eunjung Cardiff request leave of Court to file an Ex Parte Application to Enforce the Stay Provision of the Preliminary Injunction or, in the Alternative, to issue an Order to Show Cause as to Why Amy Popoff Cardiff Should Not Be Held in Contempt of the Stay Provision of the Preliminary Injunction.

The Preliminary Injunction was entered on November 8, 2018. Section XXI enjoined and stayed any actions by creditors and other parties from "seeking to establish or enforce any claim right or interest against or on behalf of Defendants, and all others acting for or on behalf of such persons, are hereby enjoined from taking action that would interfere with exclusive jurisdiction of the Court… over the Assets of Jason Cardiff and Eunjung Cardiff…." On January 25, 2021, Amy Popoff Cardiff, through counsel Christopher Abernathy, obtained an Order that directed the Receiver to pay $72,500 in child support. Prior to that time, the Receiver's attorney, Michael Fletcher had communications with either Katari Buck or Brooke Asiatico regarding payment of child support from Mr. Cardiff's job at VPL Medical (which he is still paying) and likely discussed the preliminary injunction and asset freeze with them. Mr. Abernathy then attended a hearing on January 14, 2021 and a Findings and Order After Hearing was entered in Case Number FAMRS 1100452

In a phone discussion with undersigned counsel on March 2, 2022, Ms. Buck confirmed that "we" (referring to herself and likely Ms Asiatico) were aware of the Preliminary Injunction/asset freeze and wanted to obtain an order in case additional funds could be obtained from the receivership. The Order is now preventing the Cardiffs from closing on their home.

Counsel has conferred with Ms. Buck and distributed a draft of an ex parte motion to her stressing the seriousness of violating an order of the Court, particularly an order that may well result in losing the sale of the residence, which is set to close tomorrow. Counsel had several email exchanges with Mr. Abernathy exchanging information and asking if he was aware of the Preliminary Injunction before he took steps to seek an order from the Superior Court. He did not respond when first asked this question. Counsel sent a follow up email specifically asking that question, but received no response.

Loss of the sale of the Cardiff residence will result in a loss of $200,000 for the Interpleader Actions.

The Court should enter an order directing that the judgment is unenforceable against the Cardiff residence because it was obtained in violation of the stay. An Order to Show Cause should be issued against Amy Popoff Cardiff, Christopher

Abernathy, Esq., Katari Buck, Esq. and Brooke Asiatico, Esq. for violation of the Preliminary Injunction.

Dated: March 3, 2022

Very respectfully,

s/ *Stephen R. Cochell*
Stephen Cochell
(TX SBN 24044255)
srcochell@gmail.com
The Cochell Law Firm, P.C.
5850 San Felipe, Ste.500
Houston Texas 77057
(346)800-3500

James D. White, Esq.
Law Offices of James D. White   Cal. Bar # 064721
PO Box 367
113 Quarter Horse Dr.
Bellevue, ID 83313
949 697 9236
jdw@jamesdwhitelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument, has been served on this __ day of March 2022 upon all counsel of record by email, facsimile, by regular mail or pursuant to the Court's ECF system.

*/s/ Stephen R. Cochell*

4

Stephen R. Cochell

5