1  Michael Gerard Fletcher (State Bar No. 070849)
     mfletcher@frandzel.com
2  Craig A. Welin (State Bar No. 138418)
     cwelin@frandzel.com
3  Hal D. Goldflam (State Bar No. 179689)
     hgoldflam@frandzel.com
4  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   1000 Wilshire Boulevard, Nineteenth Floor
5  Los Angeles, California 90017-2427
   Telephone: (323) 852-1000
6  Facsimile: (323) 651-2577

7  Attorneys for Receiver ROBB EVANS
   AND ASSOCIATES LLC

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                        WESTERN DIVISION

12  FEDERAL TRADE COMMISSION,          Case No. 5:18-cv-02104-DMG-PLA

13           Plaintiff,                **JOINT STATUS REPORT OF
                                       ROBB EVANS & ASSOCIATES
14       v.                            LLC AND FRANDZEL ROBINS
                                       BLOOM & CSATO, L.C. RE
15  JASON CARDIFF, etc., et al.,       COURT'S ORDER SEEKING
                                       CLARIFICATION RE FINAL FEE
16           Defendants.              DISBURSEMENT [DOC. # 717]**

17

18

19

20

21

22

23

24

25

26

27

28

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

1    TO: THE HONORABLE DOLLY M. GEE, UNITED STATES DISTRICT

2   JUDGE:

3        Receiver Robb Evans & Associates LLC ("REA") and Frandzel Robins

4   Bloom & Csato, L.C. ("FRBC") submit this Joint Status Report in response to the

5   Court's October 6, 2022, Order Seeking Clarification Re Final Fee Disbursement

6   [Doc. # 717].  REA and FRBC request that the entire sum currently posted with the

7   Court (including any interest earned thereon) be disbursed to REA and delivered to

8   REA's counsel of record, FRBC, attn: Hal D. Goldflam.

9        Specifically, (i) the payee is: "Robb Evans & Associates LLC", and (ii) the

10   check should be delivered to: "Hal D. Goldflam, Frandzel Robins Bloom & Csato,

11   L.C., 1000 Wilshire Blvd., 19th Floor, Los Angeles, California 90017-2427".

12        The Court's Fiscal Services department has informed us that it also needs a

13   completed Form W-9 from REA regarding any interest earned on the deposit.  We

14   will immediately deliver the completed Form W-9 to Fiscal Services.

15   Dated: October 6, 2022          FRANDZEL ROBINS BLOOM & CSATO, L.C.
                                      MICHAEL GERARD FLETCHER
16                                    CRAIG A. WELIN
17                                    HAL D. GOLDFLAM

18

19                            By:   _____
20                                    HAL D. GOLDFLAM
                                      Attorneys for Receiver ROBB EVANS &
21                                    ASSOCIATES LLC

22   Dated: October 6, 2022          ROBB EVANS & ASSOCIATES LLC
23

24

25                            By:   _____
                                      ANITA JEN, its Chief Financial Officer
26

27

28   4736228v1 | 078410-0061                    2                   Case No. 5:18-cv-02104-DMG-PLA

JOINT STATUS REPORT OF ROBB EVANS & ASSOCIATES LLC AND FRANDZEL ROBINS BLOOM &
CSATO, L.C. RE COURT'S ORDER SEEKING CLARIFICATION RE FINAL FEE DISBURSEMENT [DOC. #
717]

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

**PROOF OF SERVICE**

**FTC v. Jason Cardiff**
**Case No. 5:18-cv-2104**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California.  I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction.  My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On **October 6, 2022**, I served true copy(ies) of the **JOINT STATUS REPORT OF ROBB EVANS & ASSOCIATES LLC AND FRANDZEL ROBINS BLOOM & CSATO, L.C. RE COURT'S ORDER SEEKING CLARIFICATION RE FINAL FEE DISBURSEMENT [DOC. # 717]** to the party(ies) on the attached service list.

**SEE ATTACHED SERVICE LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 6, 2022, at Los Angeles County, California.

*/s/ David T. Moore*
_____
David T. Moore

JOINT STATUS REPORT OF ROBB EVANS & ASSOCIATES LLC AND FRANDZEL ROBINS BLOOM & CSATO, L.C. RE COURT'S ORDER SEEKING CLARIFICATION RE FINAL FEE DISBURSEMENT [DOC. # 717]

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

1

2

**SERVICE LIST**
**FTC v. Jason Cardiff**
**Case No. 5:18-cv-2104**

3

<u>**Electronic Mail Notice List**</u>

4
- **Elizabeth J Averill**
eaverill@ftc.gov

5
- **Peter Bisno**
pbisno@bisnolaw.com

6
- **Steven E Bledsoe**
sbledsoe@larsonllp.com,hpark@larsonllp.com

7

8
- **Michael Anthony Brown**
tbrown@spertuslaw.com,sluecf@spertuslaw.com,docketing@spertuslaw.com

9
- **Stephen R Cochell**
srcochell@gmail.com

10
- **Jennifer Witherell Crastz**
jcrastz@hrhlaw.com

11
- **Christopher David Crowell**
ccrowell@hrhlaw.com

12
- **Michael Gerard Fletcher**
mfletcher@frandzel.com,sking@frandzel.com

13

14
- **Jonathan Daniel Gershon**
jgershon@larsonllp.com,nmorales@larsonllp.com,jonathan-gershon-0760@ecf.pacerpro.com

15
- **Hal D Goldflam**
hgoldflam@frandzel.com,dmoore@frandzel.com

16
- **Allan Howard Grant**
allan@grants-law.com

17
- **Dolly Kae Hansen**
dolly@spertuslaw.com

18
- **Lindsey M Hay**
lhay@spertuslaw.com

19
- **Charlie Henke**
chenke@henkelawfirm.com

20

21
- **Inter/Media Time Buying Corporation**
ccrowell@hrhlaw.com

22
- **Michael W. Kinney**
mkinney@lblglaw.com

23
- **Stephen Gerard Larson**
slarson@larsonllp.com,ygutierrez@larsonllp.com,sbledsoe@larsonllp.com,ntatiboit@larsonllp.com,nmorales@larsonllp.com

24

25
- **Shira D Modell**
smodell@ftc.gov

26
- **George B. Newhouse , Jr**
george@richardscarrington.com,claire@richardscarrington.com,tvena@kaedianllp.com,dyanna@richardscarrington.com,george.newhouse@gmail.com

27

28

4736228v1 | 078410-0061

4

Case No. 5:18-cv-02104-DMG-PLA

JOINT STATUS REPORT OF ROBB EVANS & ASSOCIATES LLC AND FRANDZEL ROBINS BLOOM & CSATO, L.C. RE COURT'S ORDER SEEKING CLARIFICATION RE FINAL FEE DISBURSEMENT [DOC. # 717]

- **Stacy Rene Procter**
sprocter@ftc.gov
- **James A Prunty**
jprunty@ftc.gov
- **Edwin Rodriguez**
erodriguez@ftc.gov
- **Elizabeth Jones Sanger**
esanger@ftc.gov,csands@ftc.gov
- **James W. Spertus**
jim@spertuslaw.com,sluecf@spertuslaw.com,docketing@spertuslaw.com
- **Jesse James Thaler**
jessejthaler@gmail.com
- **Gerrick M Warrington**
gwarrington@frandzel.com,sking@frandzel.com
- **Craig A Welin**
cwelin@frandzel.com,bwilson@frandzel.com
- **James D White**
jdw@jamesdwhitelaw.com
- **Jett Williams**
jwilliams@henkelawfirm.com

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

JOINT STATUS REPORT OF ROBB EVANS & ASSOCIATES LLC AND FRANDZEL ROBINS BLOOM & CSATO, L.C. RE COURT'S ORDER SEEKING CLARIFICATION RE FINAL FEE DISBURSEMENT [DOC. # 717]