UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 18-2104-DMG (PLAx) | Date | October 13, 2022 |

| | |
|---|---|
| Title | *Federal Trade Commission v Jason Cardiff, et al.* |

Page 1 of 1

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Appellant(s) | Attorneys Present for Appellee(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—AMENDED ORDER FOR FINAL FEE DISBURSEMENT**

In light of the Receiver's October 6, 2022 Status Report, the Clerk of the Court is directed to release the $199,000.00[1] on deposit with the Court (plus any interest earned on the deposit) in this matter payable to **Robb Evans & Associates LLC**. The check shall be delivered to the care of:

Hal D. Goldflam
Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Blvd., 19th Floor
Los Angeles, CA  90017-2427

Robb Evans & Associates LLC or its counsel, Frandzel Robins Bloom & Csato, L.C., shall promptly provide a Form W-9 to the Court's fiscal services department, if they have not already done so.

**IT IS SO ORDERED.**

---

[1] The principal currently on deposit with the Court is $199,000, not $198,992.48.